VICTORY v. BLOOD. — Motion to correct order denied, with ten dollars costs.

CHARLES E. CONE, Respondent, v. ROSWELL WARNER, Appellant.— Motion to go to the Court of Appeals denied, with ten dollars costs.

OLIVER PORTER, Appellant, v. WILLIAM A. ROBINSON, Respondent.— Motion for reargument denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiffs, v. KNICKERBOCKER LIFE INSURANCE COMPANY, Defendant. — Order reversed, without costs.

DUNCAN CREIGHTON, Appellant, v. ARTHUR SMITH, Jr., Respondent. — Order affirmed, with ten dollars costs and printing disbursements.

HARRIET H. ARMSTRONG, Appellant, v. THOMAS ARMSTRONG, Respondent. — Order reversed, without costs. Mem. by BOARDMAN, J.

SIMEON T. BENJAMIN, as Trustee, etc., and others, Appellants, v. THE NATIONAL ULSTER COUNTY BANK, Respondent. — Order affirmed, with ten dollars costs and printing disbursements.

IN THE MATTER OF THE ATTORNEY-GENERAL, v. THE ATLANTIC MUTUAL LIFE INSURANCE COMPANY. — Order confirming report of Cowen, referee, affirmed, with ten dollars costs and printing disbursements.

MARY J. ADSIT, v. THOMAS W. HALL and others. — Motion to dismiss denied, with ten dollars costs.

CHARLES G. HILL, Respondent, v. WILLIAM H. VAN SCHOONHOVEN and others, Executors, etc., Appellants. — Order affirmed, with ten dollars costs and printing disbursements.

JOHN C. DONN and others, Executors, etc., Plaintiffs, v. THE BOARD OF SUPERVISORS OF SARATOGA COUNTY, Defendants.

SIDNEY SHERWOOD and others, Administrators, etc., Plaintiffs, v. THE SAME, Defendants. — Order affirmed, with ten dollars costs and printing disbursements in each case. BOOKES, J., not acting.

THE PEOPLE OF THE STATE OF NEW YORK v. ROSE PRESCOTT. — Order affirmed.

J. HENRY ABBOTT and others, Respondents, v. CHARLES E. WOODRUFF and others, Appellants.

SAME v. SAME. — Order affirmed, with ten dollars costs and printing disbursements.

PETER DAWS, Respondent, v. SAMUEL DAWS and others, Appellants. — Order reversed, with ten dollars costs and printing disbursements, and motion to strike out trial fee denied.

CONSTANCE B. PRICE, Respondent, v. STEPHEN BROWN and others, Executors, etc., Appellants. — Judgment affirmed, with costs.

DELAN HOFFMAN, Respondent, v. LEWIS E. FELLOWS and another, Executors, etc., Appellants. — Judgment affirmed, with costs.